**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 5 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   4:08CR00390 WRW |
| v. | ) | |
| | ) | |
| FORREST REED | ) | |

## NOTICE FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby files to dismiss the indictment against Forrest Reed as the United States learned that he is deceased.

Respectfully Submitted,

JANE W. DUKE
United States Attorney

*Marsha W. Clevenger*
By Marsha W. Clevenger, Bar No. 82031
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR  72203
501-340-2622
marsha.clevenger@usdoj.gov

Leave of Court is granted this 5th day of January, 2010, for filing the foregoing dismissal of indictment and the indictment against the defendant is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE